## U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:10−cv−05549−JAP −LHG

| | |
|---|---|
| ARFT v. GLOBAL CREDIT &COLLECTION CORPORATION | Date Filed: 10/26/2010 |
| Assigned to: Judge Joel A. Pisano | Date Terminated: 02/22/2011 |
| Referred to: Magistrate Judge Lois H. Goodman | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**BRADLEY ARFT**      represented by      **BRENT F. VULLINGS**
WARREN &VULLINGS, LLP
93 Old York Road
Suite 333
Jenkintown, PA 19046
215−745−9800
Fax: (215) 745−7880
Email: brent@warrenvullingslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GLOBAL CREDIT &COLLECTION CORPORATION**      represented by      **JEFFREY SCHERVONE**
SPECTOR, GADON &ROSEN, PC
1000 LENOLA ROAD
MAPLE SHADE, NJ 08052
(856) 778−8100
Email: jschervone@lawsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2010 | Ï 1 | COMPLAINT against GLOBAL CREDIT &COLLECTION CORPORATION ( Filing fee $ 350 receipt number 3389920.) JURY DEMANDED., filed by BRADLEY ARFT. (Attachments: # 1 Civil Cover Sheet)(eaj) (Entered: 10/27/2010) |
| 10/27/2010 | Ï 2 | SUMMONS ISSUED as to GLOBAL CREDIT &COLLECTION CORPORATION Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *BETH JONIAK* (eaj) (Entered: 10/27/2010) |
| 10/29/2010 | Ï | CASE REFERRED to Arbitration. (dd, ) (Entered: 10/29/2010) |
| 11/16/2010 | Ï 3 | SUMMONS Returned Executed by BRADLEY ARFT. GLOBAL CREDIT &COLLECTION CORPORATION served on 11/10/2010, answer due 12/1/2010. (VULLINGS, BRENT) (Entered: 11/16/2010) |
| 11/23/2010 | Ï 4 | NOTICE of Appearance by JEFFREY SCHERVONE on behalf of GLOBAL CREDIT &COLLECTION CORPORATION (Attachments: # 1 Certificate of Service)(SCHERVONE, |

| | | |
|---|---|---|
| | | JEFFREY) (Entered: 11/23/2010) |
| 11/23/2010 | Ï 5 | Corporate Disclosure Statement by GLOBAL CREDIT &COLLECTION CORPORATION. (Attachments: #1 Certificate of Service)(SCHERVONE, JEFFREY) (Entered: 11/23/2010) |
| 11/23/2010 | Ï 6 | MOTION to Transfer Case to Eastern District of Wisconsin *for improper venue, pursuant to Fed. R. Civ. P 12(b)(3)* by GLOBAL CREDIT &COLLECTION CORPORATION. (Attachments: #1 Brief, #2 Text of Proposed Order, #3 Certificate of Service)(SCHERVONE, JEFFREY) (Entered: 11/23/2010) |
| 11/24/2010 | Ï 7 | Letter from Jeffrey H. Schervone, esquire, attorney for Defendant, Global Credit and Collection Corporation to the Clerk to WITHDRAW Defendant's Motion to Transfer DOCKET ENTRY NO. 6, filed on November 23, 2010. (SCHERVONE, JEFFREY) (Entered: 11/24/2010) |
| 11/24/2010 | Ï | Set Deadlines as to 6 MOTION to Transfer Case to Eastern District of Wisconsin *for improper venue, pursuant to Fed. R. Civ. P 12(b)(3)* MOTION to Transfer Case to Eastern District of Wisconsin *for improper venue, pursuant to Fed. R. Civ. P 12(b)(3)*. Motion set for 12/20/2010 before Judge Joel A. Pisano. The motion will be decided on the papers. No appearances required unless notified by the court. (ss, ) (Entered: 11/24/2010) |
| 11/24/2010 | Ï 8 | MOTION to Transfer Case to United States District Court for the Eastern District of Wisconsin by GLOBAL CREDIT &COLLECTION CORPORATION. (Attachments: #1 Brief, #2 Text of Proposed Order, #3 Certificate of Service)(SCHERVONE, JEFFREY) (Entered: 11/24/2010) |
| 11/24/2010 | Ï 9 | ANSWER to Complaint *With Affirmative Defenses* by GLOBAL CREDIT &COLLECTION CORPORATION. (Attachments: #1 Certificate of Service)(SCHERVONE, JEFFREY) (Entered: 11/24/2010) |
| 11/29/2010 | Ï | Set Deadlines as to 8 MOTION to Transfer Case to United States District Court for the Eastern District of Wisconsin. Motion set for 12/20/2010 before Judge Joel A. Pisano. The motion will be decided on the papers. No appearances required unless notified by the court. (ss, ) (Entered: 11/29/2010) |
| 12/15/2010 | Ï 10 | BRIEF in Opposition re 8 MOTION to Transfer Case to United States District Court for the Eastern District of Wisconsin filed by BRADLEY ARFT. (Attachments: #1 Brief, #2 Certificate of Service, #3 Text of Proposed Order)(VULLINGS, BRENT) (Entered: 12/15/2010) |
| 02/22/2011 | Ï 11 | ORDER that Defendant's motion to transfer this matter to the Western District of New York is GRANTED; that this case is CLOSED. Signed by Judge Joel A. Pisano on 2/22/2011. (mmh) (Entered: 02/22/2011) |