IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY ARFT<br><br>    Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT AND<br>COLLECTION CORPORATION<br><br>    Defendant. | CIVIL ACTION<br><br>Case No.: 1:11-cv-00165-RJA |

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:   June 14, 2011

**/s/  Bruce K. Warren**
Bruce K. Warren, Esq.
Warren & Vullings, LLP
Attorneys for Plaintiff
93 Old York Road, Suite 333
Jenkintown, PA   19046
215-745-9800
bkw@w-vlaw.com

**/s/  Christopher W. McMaster**
Christopher W. McMaster, Esq.
Attorneys for Defendant
403 Main Street, Suite 528
128 Church Street
Buffalo, NY   14052
716-756-1289 x 11
cmcmaster@cmcmaster.com